# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | May 18, 2020 |
| **TIME:** | 10:00 A.M. |
| **DOCKET NUMBER(S):** | CV-16-115 (RRM) |
| **NAME OF CASE(S):** | **HAYDEN -V- CITY OF NEW YORK, ET AL.** |
| **FOR PLAINTIFF(S):** | Perry |
| **FOR DEFENDANT(S):** | Ryan |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | N/A |

### RULINGS FROM TELEPHONE CONFERENCE:

Parties report that they are ready for trial and the Court approves the Proposed Pretrial Order [42]. Given the likely delay in any civil trial, counsel for both sides have agreed to discuss the matter with their clients and advise the Court if they wish to have another settlement conference or if they will consent to a trial before a Magistrate Judge.